19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 NITHAL AOUN,
D-2 MOHAMAD AOUN,
D-3 WISSAM AOUN,
D-4 HASSAN AOUN,
D-5 GHASSAN AOUN,
D-6 JOHN TAYLOR,
D-7 ALI HASSOUN,
D-8 CARLOS EVANS,

Defendants.

_______________________________________/

Case:2:10-cr-20458
Judge: Edmunds, Nancy G
MJ: Whalen, R. Steven
Filed: 07-22-2010 At 03:30 PM
INDI USA V NITHAL AOUN, ET AL (EB)

VIOLATIONS:

18 U.S.C. § 371: CONSPIRACY
18 U.S.C. § 2320: COUNTERFEIT GOODS
18 U.S.C. § 1341: MAIL FRAUD
18 U.S.C. § 1343: WIRE FRAUD
FORFEITURE ALLEGATIONS

# *INDICTMENT*

THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

At all times pertinent to this indictment:

1. "**The Aoun Organization**" describes the defendants charged herein, and others known and unknown to the grand jury, who worked together to operate retail businesses in the metropolitan Detroit area that were involved with obtaining and selling counterfeit clothing and

other merchandise, including but not limited to athletic apparel, purses and shoes. Unless otherwise specified, all retail establishments and warehouses described in this indictment are located in the metropolitan Detroit area.

2. **Counterfeit goods** are clothing and apparel manufactured by an unauthorized source to replicate authentic genuine, brand name goods. They bear counterfeit trademarks or logos, and they are manufactured without the authority or permission of the trademark owners.

a. The goods that are most often counterfeited are usually expensive, name brand products that are sold at high-end retail stores, such as Nike, Gucci and Timberland shoes; Coach, Christian Dior and Louis Vuitton purses; and clothing lines from brands such as Diesel Jeans, Lacoste, Coogi, and professional sports teams.

b. Generally, these products are manufactured outside of the United States, most commonly in China. After they have been manufactured, the counterfeit items are shipped to the United States and smuggled in through large ports of entry. Once the goods are in this country, they are kept in large warehouses and shipped throughout the United States for retail sale. The products are generally shipped by commercial carriers such as United Parcel Service (UPS), and occasionally by use of the United States Mail.

c. On the retail level, the products are generally sold at independently owned clothing shops, gas stations, flea markets, and by street vendors, usually for cash. The business of trafficking in counterfeit merchandise generates considerable income from cash, which is not supported by invoices, sales receipts, or other documentation; therefore, it is often not reported to the Internal Revenue Service, and no state sales tax is collected or paid.

d. Counterfeit clothing and apparel is usually made with inferior materials and workmanship. The counterfeit goods are held out by retail sellers to be authentic. The counterfeit goods are usually sold at a considerably lower price than the genuine goods, which makes them attractive to buyers. Retail buyers may be told the goods were purchased at "closeout prices" and are therefore cheaper. The actual trademark holder is harmed both through the loss of the profit from the missed sale, and because the sale of inferior products using the recognized brand name damages the public's perception of the quality of the genuine goods. The public is also harmed, because they have been misled as to the nature and origin of the goods they have purchased.

3. **Nithal Aoun**, a.k.a. "Nino" (D-1), **Mohamad Aoun**, a.k.a. "Hammoudi" (D-2) and **Wissam Aoun**, a.k.a. "Sam" (D-3) are brothers living in the metropolitan Detroit area. Their uncle is **Hassan Aoun** (D-4). **Ghassan Aoun** (D-5) is a cousin of the three brothers. While their country of origin is Lebanon, they are all United States citizens.

4. All **dates** in this indictment are alleged to have occurred **"on or about" the date stated.**

5. All **numbers** in this indictment are **approximate**.

**COUNT 1**
(18 U.S.C. § 371 – CONSPIRACY
TO COMMIT FEDERAL CRIMES)

D-1 NITHAL AOUN
D-2 MOHAMAD AOUN
D-3 WISSAM AOUN
D-4 HASSAN AOUN
D-5 GHASSAN AOUN
D-6 JOHN TAYLOR
D-7 ALI HASSOUN
D-8 CARLOS EVANS

6. The General Allegations are incorporated into this count by reference.

7. Beginning in 2004 and continuing to 2010, the exact dates being unknown to the grand jury, in the Eastern District of Michigan, Southern Division, defendants **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2), **Wissam Aoun** (D-3), **Hassan Aoun** (D-4), **Ghassan Aoun** (D-5), **John Taylor** (D-6), **Ali Hassoun** (D-7) and **Carlos Evans** (D-8), together with persons known and unknown to the grand jury, did willfully and unlawfully combine, conspire and agree together:

a. to violate Title 18, United States Code, Section 2320, **Trafficking in Counterfeit Goods**, by intentionally trafficking in and attempting to traffic in goods and knowingly using a counterfeit mark in connection with such goods; and by intentionally trafficking in and attempting to traffic in labels, patches, stickers, wrappers, badges, emblems, medallions, boxes, containers, hangtags, documentation or packaging of any type or nature, knowing that a counterfeit mark had been applied thereto, the use of which is likely to cause confusion or mistake or to deceive;

b. to violate Title 18, United States Code, Section1341, **Mail Fraud**, by devising and executing a scheme to defraud and to obtain money by means of false and fraudulent

pretenses, representations or promises, and in furtherance of the scheme and in order to execute it, caused items to be sent or delivered through the United States mail or by commercial carrier; and

c. to violate Title 18, United States Code, Section 1343, **Wire Fraud**, by transmitting, and causing the transmission, by means of wire communication in interstate or foreign commerce, of any writings, signs, signals, pictures or sounds for the purpose of executing a scheme or artifice to defraud, or for obtaining money by false and fraudulent pretenses, representations or promises.

**OBJECTS OF THE CONSPIRACY**

8. The defendants conspired and agreed to order counterfeit clothing and merchandise from manufacturers located outside of the United States; to ship the counterfeit goods to ports within the United States; to distribute the counterfeit goods by commercial carriers to retail stores they owned and operated in the metropolitan Detroit area and elsewhere; to represent to the general public that the merchandise was genuine and authentic; and to sell the counterfeit goods at a substantial profit, usually for cash.

**METHOD, MANNER AND MEANS**

9. The defendants established retail stores and warehouses in the metropolitan Detroit area, which they used to store and to sell the counterfeit goods they had imported.

10. **Nithal Aoun** (D-1) furthered the objects of the conspiracy by being the registered agent of the following establishments, among others, that are linked to the Aoun Organization and to trafficking in counterfeit merchandise:

a. Boom Boom Wear LTD, 4831 Helen Street, Dearborn.

b. Boom Boom Wear, 20105 / 20107 West Seven Mile Road, Detroit.

c. Da Hook Up LTD, 19316 Joy Road, Detroit.

d. Crown Holders, 4831 Helen Street, Dearborn.

e. Da Jump Off, 19316 Joy Road, Detroit (operating previously at 12555 Grand River, Suite 550, Detroit).

f. Kings of Hip Hop Clothing, 4831 Helen Street, Dearborn.

11. **Wissam Aoun** (D-3), furthered the objects of the conspiracy by being the registered agent of the following incorporated businesses, among others, that are linked to the Aoun Organization and to trafficking in counterfeit merchandise:

a. Goodfellas Wear LLC, 18334 W. Warren Avenue, Detroit.

b. Warren-Rosemont Co. LLC, 18334 W. Warren Avenue, Dearborn.

c. Hip Hop Fabulous Wear, 18334 W. Warren Avenue, Detroit.

d. Detroit Fabulous Wear, 18334 W. Warren Avenue, Detroit.

e. Ghetto Fabulous, 18334 W. Warren Avenue, Detroit.

f. Off Da Hook Wear, 18334 W. Warren Avenue, Detroit.

g. Off The Hook Gear, 18334 W. Warren Avenue, Detroit.

12. The defendants also furthered the objects of the conspiracy by using the following establishments to store and to sell their counterfeit goods:

a. Fresh Gear, 3274 W. Davison, Detroit, Michigan (**Nithal Aoun** (D-1), **Wissam Aoun** (D-3) and **Ghassan Aoun** (D-5)).

b. Hot Wear, also known as Abe's Wear, 2851 E. Seven Mile Road, Detroit, Michigan (**Nithal Aoun** (D-1) and **John Taylor** (D-6)).

c. Kings and Queens, 8140 Grand River Avenue, Detroit.

d. Warehouse located at 24340 Michigan Avenue, Dearborn.

13. **Nithal Aoun** (D-1) furthered the objects of the conspiracy by making sure the stores were supplied with merchandise and fully staffed. **Nithal Aoun** also paid the utility bills and other bills associated with operating the various retail locations and warehouses, and collected (or supervised the collection of) the proceeds from the sales at the end of each day. **Nithal Aoun** also made the decisions about which brands and logos to order from the suppliers of counterfeit merchandise, and the sales prices of the merchandise.

14. **Mohamad Aoun** (D-2) furthered the objects of the conspiracy by running the day-to-day operations of the stores that sold counterfeit goods. **Mohamad Aoun** also unloaded (and supervised the unloading of) large shipments of counterfeit merchandise that came into Michigan from New York and Los Angeles, and determined how the merchandise should be distributed among the various retail locations operated by the Aoun Organization. On occasion, **Mohamad Aoun** assisted **Nithal Aoun** (D-1) in collecting the proceeds of the sales from the various stores.

15. **Wissam Aoun** (D-3) furthered the objects of the conspiracy by securing locations for the retail stores and warehouses used by the Aoun Organization to store and sell counterfeit merchandise. Although most of the retail locations used by the Aoun Organization were leased, **Wissam Aoun** owned Goodfellas at 18334 W. Warren Avenue in Detroit, and Da Hook Up at 19316 Joy Road in Detroit. Most of the merchandise sold at Goodfellas was genuine and not counterfeit; however, **Wissam Aoun** allowed co-conspirators to unload large shipments of counterfeit merchandise at Goodfellas to await distribution to the various stores used by the Aoun Organization. **Wissam Aoun** brokered deals to purchase counterfeit clothing outside the State of Michigan, and offered guidance to his co-conspirators when they had problems with the Aoun Organization's business. **Wissam Aoun** obtained vehicles titled in his name for his co-

conspirators. **Wissam Aoun** also operated Fresh Gear, a retail outlet for counterfeit merchandise, with **Ghassan Aoun** (D-5).

16. **Hassan Aoun** (D-4) was an employee of the stores that sell the counterfeit goods, and furthered the objects of the conspiracy by selling the goods to customers, stocking merchandise, and managing the operation at Boom Boom Wear.

17. **Ghassan Aoun** (D-5) furthered the objects of the conspiracy by helping the Aoun Organization as the manager of Fresh Gear.

18. **John Taylor** (D-6) was an employee of the Aoun Organization who furthered the objects of the conspiracy in numerous ways, including moving van-loads of goods from the warehouses to the retail stores, working as a store manager, and being the signatory on lease agreements and utility accounts on behalf of the Aoun Organization. **Taylor** is also the registered agent for **Hot Wear, Inc.** Hot Wear – Ladies' and Men's Wear is a retail store that sells counterfeit clothing.

19. **Ali Hassoun** (D-7) furthered the objects of the conspiracy by purchasing goods in New York at the direction of the Aouns, arranging to store the goods and to transport the goods to the metropolitan Detroit area for sale.

20. **Carlos Evans** (D-8) furthered the objects of the conspiracy by using his own store, **Kings and Queens**, to sell counterfeit clothing. **Evans** also performed other functions for the Aoun Organization. For example, **Evans** had contacts with fraud investigators working for private industry, who canvass retail stores to look for counterfeit goods. **Evans** used his contacts to learn about upcoming raids on stores run by the Aoun Organization, and to warn his co-conspirators so they could move the counterfeit goods before administrative searches were conducted. **Evans** also told his contacts in private industry about individuals outside the Aoun Organization who were trafficking in counterfeit merchandise, so their stores would be raided

and they would not be able to compete with the Aoun Organization's counterfeit operations. On occasion, **Evans** was paid by **Nithal Aoun** (D-1) for his assistance in this regard.

**OVERT ACTS**

21. In furtherance of the conspiracy and to accomplish its objects, on or about the dates set out below, one or more of the defendants **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2), **Wissam Aoun** (D-3), **Hassan Aoun** (D-4), **Ghassan Aoun** (D-5), **John Taylor** (D-6), **Ali Hassoun** (D-7) and **Carlos Evans** (D-8) performed and caused to be performed, in the Eastern District of Michigan and elsewhere, the following overt acts, among others:

a. On January 17, 2007, the conspirators held out to the public as genuine 3,000 pairs of counterfeit Nike brand athletic shoes at the retail store, Off Da Hook.

b. On March 5, 2007, conspirator **Nithal Aoun** (D-1) held out to the public as genuine 3,800 pairs of counterfeit Nike brand athletic shoes at the retail store, Da Hook Up.

c. On March 7, 2007, conspirators **Nithal Aoun** (D-1) and **Mohamad Aoun** (D-2) held out to the public as genuine 13 pairs of counterfeit Nike brand athletic shoes at the retail store, Da Hook Up.

d. On November 2, 2007, conspirators **Nithal Aoun** (D-1) and **Mohamad Aoun** (D-2) held out to the public as genuine 1,000 pairs of counterfeit Nike brand athletic shoes at the retail store, Da Hook Up.

e. On December 12, 2007, conspirators **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2) and **Wissam Aoun** (D-3) held out to the public as genuine 1,700 pairs of counterfeit Nike brand athletic shoes at the retail store, Da Hook Up.

f. On January 13, 2009, conspirators **Nithal Aoun** (D-1) and **Hassan Aoun** (D-4) held out to the public as genuine 2,400 pairs of counterfeit Nike brand athletic shoes and various other pieces of counterfeit clothing at the retail store, Da Jump Off.

g. On January 22, 2008, conspirator **Nithal Aoun** (D-1) held out to the public as genuine 1,000 pairs of counterfeit Nike brand athletic shoes, numerous counterfeit Luis Vuitton purses, National Football League shirts, Gucci hats, and Jordan shirts at the retail store Boom Boom Wear.

h. On March 5, 2009, conspirators **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2) and **Wissam Aoun** (D-3) sold three pairs of counterfeit Timberland shoes, which were represented as genuine, at the retail store, Da Hook Up.

i. On March 12, 2009, conspirators **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2) and **Wissam Aoun** (D-3) sold several counterfeit Coach and Chanel wallets, which were represented as genuine, at the retail store, Da Hook Up.

j. On March 23, 2009, conspirators **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2) and **Wissam Aoun** (D-3) sold six pairs of counterfeit Gucci shoes, which were represented as genuine, at the retail store, Da Hook Up.

k. On April 9, 2009, conspirators **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2) and **Wissam Aoun** (D-3) sold various counterfeit goods which were represented as genuine, at the retail store, Da Hook Up, in exchange for $400 in cash.

l. On June 10, 2009, conspirators **Nithal Aoun** (D-1) and **Mohamad Aoun** (D-2) sold 12 pairs of counterfeit Gucci shoes, 9 counterfeit Christian Dior handbags, 15 counterfeit Coach handbags, 16 pairs of counterfeit Diesel jeans, 22 counterfeit Lacoste

shirts, all of which were represented as genuine, at the retail store, Da Hook Up, in exchange for $1,500 in cash.

m. On July 17, 2009, conspirators **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2) and **Hassan Aoun** (D-4) sold a variety of counterfeit goods that were held out to be genuine Prada, Guess, Coach and Lacoste, in exchange for $2,000 cash, from the retail store, Da Hook Up.

n. On September 1, 2009, conspirators **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2) and **Wissam Aoun** (D-3), and others known and unknown to the grand jury, unloaded boxes of counterfeit clothing, including counterfeit Coogi jeans, from a delivery truck into Goodfellas.

o. On September 16, 2009, conspirators **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2) and **Wissam Aoun** (D-3) sold counterfeit goods which were purported to be authentic items manufactured by Coogi, Northface, Prada and Lacoste, in exchange for $5,500 in cash, from the retail store, Da Hook Up.

p. On October 17, 2009, conspirators **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2) and **Wissam Aoun** (D-3) sold 42 counterfeit sports jerseys which were purported to be genuine items approved by the Washington Redskins, Pittsburgh Steelers, Utah Jazz and other teams, from the retail store, Da Hook Up.

q. On January 12, 2010, conspirators **Mohamad Aoun** (D-2) and **John Taylor** (D-6) unloaded numerous boxes containing counterfeit merchandise from the warehouse at 24340 Michigan Avenue, Dearborn, and took it to Boom Boom Wear for retail sale.

r. On February 10, 2010, at Goodfellas, **Wissam Aoun** (D-3) possessed $35,000 in cash, which he knew was the proceeds of his illegal trafficking in counterfeit merchandise.

s. On February 10, 2010, at their residence on Helen Street in Dearborn, Michigan, **Nithal Aoun** (D-1) and **Mohamad Aoun** (D-2) possessed $26,384 in cash, which they knew was the proceeds of their illegal trafficking in counterfeit merchandise.

t. On February 10, 2010, at the warehouse located at 24340 Michigan Avenue, Dearborn, **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2), **Wissam Aoun** (D-3), **Ghassan Aoun** (D-5) and **Ali Hassoun** (D-7) knowingly possessed 686 boxes of counterfeit merchandise, which they intended to represent to the public as genuine and sell.

u. On February 10, 2010, at Boom Boom Wear, **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2), **Hassan Aoun** (D-4) and **John Taylor** (D-6) knowingly possessed 111 boxes of counterfeit merchandise, which they intended to represent to the public as genuine and sell.

v. On February 10, 2010, at Da Hook Up, **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2), **Hassan Aoun** (D-4) and **John Taylor** (D-6) knowingly possessed 61 boxes of counterfeit merchandise, which they intended to represent to the public as genuine and sell.

w. On February 10, 2010, at Hot Wear, also known as Abe's Wear, **Nithal Aoun** (D-1) and **John Taylor** (D-6) knowingly possessed 52 boxes of counterfeit merchandise, which they intended to represent to the public as genuine and sell.

x. On February 10, 2010, at Fresh Gear, **Nithal Aoun** (D-1) and **Ghassan Aoun** (D-5) knowingly possessed 127 boxes of counterfeit merchandise, which they intended to represent to the public as genuine and sell.

y. On February 10, 2010, at Kings and Queens, **Carlos Evans** (D-8) knowingly possessed 4 boxes of counterfeit merchandise, which he intended to represent to the public as genuine and sell.

z. On March 31, 2010, conspirators **Mohamad Aoun** (D-2) and **John Taylor** (D-6) knowingly possessed a rented U-Haul panel truck filled with boxes of counterfeit merchandise that was to be sold as genuine.

aa. The offenses charged in **Counts 2 through 24** were within the scope of the conspiracy and were committed by the conspirators in furtherance of the conspiracy, as each conspirator could reasonably foresee. These offenses are alleged and incorporated into this count as overt acts.

22. All in violation of Title 18, United States Code, Section 371.

**COUNTS 2 THROUGH 24**
(18 U.S.C. §§ 2320 AND 2 – TRAFFICKING IN COUNTERFEIT GOODS, AIDING AND ABETTING)

D-1 NITHAL AOUN
D-2 MOHAMAD AOUN
D-3 WISSAM AOUN
D-4 HASSAN AOUN
D-5 GHASSAN AOUN
D-6 JOHN TAYLOR
D-7 ALI HASSOUN
D-8 CARLOS EVANS

23. The General Allegations are incorporated into these counts by reference.

24. On or about the dates listed below, in the Eastern District of Michigan, Southern Division, the named defendants intentionally trafficked in, attempted to traffic in, and aided and abetted others in trafficking in, counterfeit goods, and knowingly used counterfeit marks in connection with such goods. They further intentionally trafficked in, attempted to traffic in, and aided and abetted others in trafficking in, labels, patches, stickers, wrappers, badges, emblems, medallions, boxes, containers, hangtags, documentation or packaging of any type or nature, knowing that counterfeit marks had been applied thereto. The named defendants intended to cause confusion or mistake, or to deceive the intended purchasers of the counterfeit goods into believing the goods were genuine and authentic.

25. Each of the following constitutes a separate count of this indictment.

| Ct | Defendant(s) | Date | Location | Counterfeit Goods |
|---|---|---|---|---|
| **2** | **Nithal Aoun** (D-1) | 3/5/2007 | Da Hook Up | 3,800 pairs of Nike brand athletic shoes |
| **3** | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2) | 3/7/2007 | Da Hook Up | 13 pairs of Nike brand athletic shoes |

| Ct | Defendant(s) | Date | Location | Counterfeit Goods |
|---|---|---|---|---|
| 4 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2) | 11/2/2007 | Da Hook Up | 1,000 pairs of Nike brand athletic shoes |
| 5 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2)<br>**Wissam Aoun** (D-3) | 12/12/2007 | Da Hook Up | 1,700 pairs of Nike brand athletic shoes |
| 6 | **Nithal Aoun** (D-1)<br>**Hassan Aoun** (D-4) | 1/13/2008 | Da Jump Off | 2,400 pairs of Nike brand athletic shoes and other merchandise |
| 7 | **Nithal Aoun** (D-1) | 1/22/2008 | Boom Boom Wear | 1,000 pairs of Nike brand athletic shoes and other merchandise |
| 8 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2)<br>**Wissam Aoun** (D-3) | 3/5/2008 | Da Hook Up | 3 pairs of Timberland shoes |
| 9 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2)<br>**Wissam Aoun** (D-3) | 3/12/2009 | Da Hook Up | Coach and Chanel wallets |
| 10 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2)<br>**Wissam Aoun** (D-3) | 3/23/2009 | Da Hook Up | 6 pairs of Gucci shoes |
| 11 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2)<br>**Wissam Aoun** (D-3) | 4/9/2009 | Da Hook Up | miscellaneous items of counterfeit merchandise |
| 12 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2) | 6/10/2009 | Da Hook Up | 12 pairs of Gucci shoes<br>9 Christian Dior handbags<br>15 Coach handbags<br>16 pairs of Diesel jeans<br>22 Lacoste shirts |
| 13 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2)<br>**Hassan Aoun** (D-4) | 7/17/2009 | Da Hook Up | various items purporting to be genuine Prada, Guess, Coach and Lacoste |
| 14 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2)<br>**Wissam Aoun** (D-3) | 9/1/2009 | Goodfellas | boxes containing counterfeit merchandise, including Coogi jeans |
| 15 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2)<br>**Wissam Aoun** (D-3) | 9/16/2009 | Da Hook Up | various items purporting to be genuine Coogi, Northface, Prada, and Lacoste |
| 16 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2)<br>**Wissam Aoun** (D-3) | 10/17/2009 | Da Hook Up | 42 sports jerseys |

| Ct | Defendant(s) | Date | Location | Counterfeit Goods |
|---|---|---|---|---|
| 17 | **Mohamad Aoun** (D-2)<br>**John Taylor** (D-6) | 1/12/2010 | from 24340 Michigan Ave. to Boom Boom Wear | boxes containing counterfeit merchandise |
| 18 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2)<br>**Wissam Aoun** (D-3)<br>**Ghassan Aoun** (D-5)<br>**Ali Hassoun** (D-7) | 2/10/2010 | 24340 Michigan Ave. | 686 boxes of counterfeit merchandise |
| 19 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2)<br>**Hassan Aoun** (D-4)<br>**John Taylor** (D-6) | 2/10/2010 | Boom Boom Wear | 111 boxes of counterfeit merchandise |
| 20 | **Nithal Aoun** (D-1)<br>**Mohamad Aoun** (D-2)<br>**Hassan Aoun** (D-4)<br>**John Taylor** (D-6) | 2/10/2010 | Da Hook Up | 61 boxes of counterfeit merchandise |
| 21 | **Nithal Aoun** (D-1)<br>**John Taylor** (D-6) | 2/10/2010 | Hot Wear, aka Abe's Wear | 52 boxes of counterfeit merchandise |
| 22 | **Nithal Aoun** (D-1)<br>**Ghassan Aoun** (D-5) | 2/10/2010 | Fresh Gear | 127 boxes of counterfeit merchandise |
| 23 | **Carlos Evans** (D-8) | 2/10/2010 | Kings and Queens | 4 boxes of counterfeit merchandise |
| 24 | **Mohamad Aoun** (D-2)<br>**John Taylor** (D-6) | 3/31/2010 | U-Haul panel truck in the Eastern District of Michigan | multiple boxes of counterfeit merchandise |

26. All in violation of Title 18, United States Code, Sections 2320 and 2.

**FORFEITURE ALLEGATIONS**
(18 U.S.C. § 2323 – Criminal Forfeiture)

27. As a result of the violations of Title 18, United States Code, Sections 371 and 2320, as set forth in Counts 1 through 24, defendants **Nithal Aoun** (D-1), **Mohamad Aoun** (D-2), **Wissam Aoun** (D-3), **Hassan Aoun** (D-4), **Ghassan Aoun** (D-5), **John Taylor** (D-6), **Ali Hassoun** (D-7) and **Carlos Evans** (D-8) shall forfeit to the United States any property constituting or derived

from proceeds directly or indirectly, or property traceable thereto, as a result of those violations, or any property that was involved in or facilitated the violations, or property traceable thereto, pursuant to 18 U.S.C. § 2323.

28. Specific assets that have been seized for forfeiture as proceeds of the violations include, but are not limited to:

a) **One 2002 Toyota Sequoia** SUV VIN: 5TDZT38A12S098632, seized on February 10, 2010, pursuant to a federally authorized seizure warrant by agents of the Federal Bureau of Investigation (FBI), from the business known as Da Hook Up located at 19316 Joy Road, Detroit, Michigan;

b) **One 2006 Bentley Continental** VIN: SCBBR53W36C036545 seized on February 22, 2010, pursuant to a federally authorized seizure warrant by agents of the FBI, from Westborn Collision located at 13100 Ford, Dearborn, Michigan;

c) **Thirty-Five Thousand Dollars** in U.S. Currency ($35,000) seized on February 10, 2010, pursuant to a federally authorized search warrant by agents of the FBI, from the business located at 18334 Warren Avenue West, Detroit, Michigan known as Goodfellas Wear; and

d) **Twenty-Six Thousand Three Hundred Eighty-Four Dollars** in U.S. Currency ($26,384.00) seized on February 10, 2010, pursuant to a federally authorized search warrant by agents of the FBI, from the residence of Nithal Aoun and Mohammad Aoun located at 4831 Helen Street, Dearborn, Michigan.

30. Such property includes, but is not limited to a money judgment. The sum in aggregate is property representing the proceeds of the aforementioned offenses, or is traceable to such property, in violation of 18 U.S.C. § 371 and 2320.

31. Pursuant to 18 U.S.C. § 2323 (b)(2)(B), the government intends to seek an order forfeiting any and all articles or components of an article bearing or consisting of a counterfeit mark so they may be destroyed or otherwise disposed of according to law.

If the property described above as being subject to forfeiture pursuant to 18 U.S.C. § 982, as a result of any act or omission of the defendants:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third party;

iii. has been placed beyond the jurisdiction of the Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek to forfeit any other property of the defendants up to the listed value.

THIS IS A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON

BARBARA L. McQUADE
United States Attorney

*/s/ Cynthia Oberg*
CYNTHIA OBERG
Assistant United States Attorney

*/s/ Julie A. Beck*
JULIE A. BECK
Assistant United States Attorney

Dated: July 22, 2010

Case:2:10-cr-20458
Judge: Edmunds, Nancy G
MJ: Whalen, R. Steven
Filed: 07-22-2010 At 03:30 PM
INDI USA V NITHAL AOUN, ET AL (EB)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cc |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008 [√ ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** √ **No** | **AUSA's Initials:** |

**Case Title:** USA v. Nithal Aoun, et al.

**County where offense occurred :** Wayne

**Check One:** √ **Felony** ☐ **Misdemeanor** ☐ **Petty**

___√__Indictment/____Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:** ____]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

**Superseding Case Information**

**Superseding to Case No:** ____________________ **Judge:** ____________________

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name** **Charges** **Prior Complaint (if applicable)**

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 22, 2010
Date

CYNTHIA OBERG
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9701.
Fax: (313) 226-3413.
E-Mail address: cynthia.oberg@usdoj.gov
Attorney Bar #: P 36338

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09